FORM defuncfd

# UNITED STATES BANKRUPTCY COURT
District of Arizona

## DEFICIENCY NOTICE RE: APPLICATION FOR UNCLAIMED FUNDS

CASE NAME: EDUARDO HINSEN
CASE NUMBER: 4:09–bk–03827–SHG
DOCKET NUMBER: 45
DOCUMENT FILING DATE: 08/06/2020
DOCUMENT TITLE: APPLICATION FOR UNCLAIMED FUNDS

TO: Brian Dilks of Dilks & Knopik, LLC

The document you have filed cannot be further processed until you comply with the following.
**Return a copy of this memorandum with any subsequent documents 30 days from the date of this Notice.**

- ☐ Application must be signed by claimant(s).

- ☐ Submit a Notice of Service.

- ☐ Notice of Service must be signed.

- ☐ Submit a document that you resided at or conducted business from the address on the Court's record, such as a copy of a paycheck stub, tax form, utility bill, bank statement.

- ☐ Submit a document that verifies your current address.

- ☐ Submit a copy of a government–issued photo ID, such as, Passport, Military ID or a valid and current Driver's License.

- ☐ Submit a completed and signed IRS W–9 form. If more than one claimant, both must submit a form.

- ☐ Any person or entity making a claim for funds as an officer, past officer or principal of a business must provide documentation to authorize disbursement of such funds in lieu of any other such officer or principal.

- ☐ Any person or entity making a claim for funds as the owner of either a current or a defunct business must provide reliable, verifiable documentation as to current or past ownership and right to receive said funds.

- ☐ Any person or entity making a claim for funds as a successor business must provide documentation establishing the chain of ownership from the original business claimant.

– – – NOTICE CONTINUES ON NEXT PAGE – – –

| | |
|---|---|
| ☐ | Any person or entity making a claim as a result of a purchase, transfer/assignment of claim must provide documentation evidencing the transfer of claim. |
| ☐ | Legal Representative for Deceased Claimant: Provide proof of identity of the owner of record. |
| ☐ | Legal Representative for Deceased Claimant: Provide a copy of a death certificate. |
| ☐ | Legal Representative for Deceased Claimant: Provide a certified copy of a letter of administration or a probated will. |
| ☑ | **OTHER:** An Assignment of Claim was filed, which requires a $25.00 fee. Please submit the $25.00 payment to the Court. |

**Date: August 26, 2020**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

By: Juanita P, Deputy Clerk
Phone: 602–682–4000